No. 71–5330. MISENHIMER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–5331. BRYANT ET AL. v. CARLESON, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 71–5332. RUBIN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 71–5333. MEACHUM v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 71–5338. TONSUL ET AL. v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 71–5340. WASHINGTON v. YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied.

No. 71–5341. STAFFORD v. NAA EMPLOYEES FEDERAL CREDIT UNION ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–5344. WISEMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5345. LIPSCOMB v. CHENAULT. C. A. 6th Cir. Certiorari denied.

No. 71–5346. HICKS v. PICARD, CORRECTIONAL SUPER-INTENDENT. C. A. 1st Cir. Certiorari denied.

No. 71–5347. POPE v. HENDRICK, PRISONS SUPERIN-TENDENT. C. A. 3d Cir. Certiorari denied.

No. 71–5348. CRISPIN v. MANCUSI, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.